IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MORRIS P. HARMON, JR.,** | 2:08-cv-1218 JFM (HC) |
| Petitioner, | **ORDER** |
| v. | |
| **WARDEN DERRAL G. ADAMS,** | |
| Respondent. | |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT Respondent's application for a thirty (30) day extension of time to and including August 30, 2008, to file the response to the petition for writ of habeas corpus, is hereby GRANTED.

Dated: July 29, 2008.

UNITED STATES MAGISTRATE JUDGE

/harm1218.ext

[Proposed] Order