IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MORRIS P. HARMON, JR.,** | 2:08-cv-1218 GEB JFM (HC) |
| Petitioner, | **ORDER** |
| v. | |
| **WARDEN DERRAL G. ADAMS,** | |
| Respondent. | |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT Respondent's application for a thirty (30) day extension of time to and including September 29, 2008, to file Respondent's answer to the petition for writ of habeas corpus, is hereby GRANTED. No further extensions will be granted.

Dated: September 8, 2008.

UNITED STATES MAGISTRATE JUDGE

/alva1320.ext2

Order