1  BRUCE LOCKE (#177787)
   Moss & Locke
2  555 University Avenue, Suite 150
   Sacramento, CA 95825
3  (916) 569-0667
   (916) 569-0665 fax
4  Attorneys for
   MORRIS P. HARMON, JR.
5

6              IN THE UNITED STATES DISTRICT COURT

7           FOR THE EASTERN DISTRICT OF CALIFORNIA

8  MORRIS P. HARMON, JR.,            )   No.   2:08-cv-1218 BJR
                                     )
9              Petitioner,           )   MOTION FOR AN ADDITIONAL
                                     )   45 DAYS TO ADVISE THE COURT
10                                   )   OF HOW PETITIONER INTENDS
       v.                            )   TO PROCEED AND ~~PROPOSED~~
11                                   )   ORDER
   WARDEN DERRAL G. ADAMS,           )
12                                   )
               Respondent.           )
13 _____ )

14      On April 16, 2010, this Court ordered Petitioner's newly appointed

15 counsel, the Federal Defender, to advise the court by July 15, 2010 of how

16 Petitioner intends to proceed in light of the Court's analysis of the status of the

17 case.

18      On April 28, 2010, the Court ordered that undersigned counsel be

19 substituted for the Federal Defender as counsel for Mr. Harmon.

20      Undersigned counsel attempted to obtain copies of the documents that

21 Respondent's counsel had lodged with the Court at the time that Respondent

22 filed his answer to the Petition but those documents were not available at the

23 Courthouse in Sacramento and counsel for Respondent refused to supply

24 counsel for Petitioner with a copy of the documents.

25      This Court had the documents copied and sent to undersigned counsel

26 during the first week of July and undersigned counsel received them on July 1,

27 2010.

28

29                                   1

1    Undersigned counsel needs additional time to review the pleadings and
2 the documents lodged with the Court and, therefore, requests that the Court
3 grant undersigned counsel an additional 45 days until August 31, 2010 within
4 which to advise the Court of how Petitioner intends to proceed in this case.
5    Counsel for Respondent has advised   undersigned counsel that
6 Respondent does not object to the granting of this Motion.

7                                        Respectfully submitted,

8 Dated: July 7, 2010                    _____/S/ Bruce Locke_____
                                         Bruce Locke
9                                        Attorney for Petitioner

10

11    For the reasons stated above, the Motion of Petitioner is granted.

12 Dated:_____        /s/ Barbara Jacobs Rothstein
                                         _____
13                                       Barbara Jacobs Rothstein
                                         U.S. District Court Judge

July 14, 2010

2