```
BRUCE LOCKE (#177787)
Moss & Locke
555 University Avenue, Suite 150
Sacramento, CA 95825
(916) 569-0667
(916) 569-0665 fax
Attorneys for
MORRIS P. HARMON, JR.
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MORRIS P. HARMON, JR., ) | No.   2:08-cv-1218 BJR |
| ) | |
| Petitioner, ) | |
| ) | MOTION FOR SUBSTITUTION |
| ) | OF COUNSEL; |
| v. ) | ~~PROPOSED~~ ORDER |
| ) | |
| WARDEN DERRAL G. ADAMS, ) | |
| ) | |
| Respondent. ) | |
| _____ ) | |

Petitioner, MORRIS P. HARMON, JR., hereby moves this Court for an order substituting Mark D. Eibert, Attorney at Law, P.O. Box 1126, Half Moon Bay, California 94019-1126, telephone (650) 638-2380, facsimile number (650) 712-8377, as counsel for petitioner in the above-captioned case.  Bruce Locke has determined that he is unable to continue to represent petitioner.  Mr. Locke does not practice in state court, and is close to being over-whelmed with other cases that demand his time.  Mr. Locke will not submit a bill in this case for the time that he has spent because much of this time will have to be duplicated by new counsel.  Mr. Eibert has been selected by the Federal Defender.

Mr. Locke has explained the need for new counsel to petitioner and petitioner has agreed to the substitution.

A copy of the file in this case will be mailed to Mr. Eibert.

1

Respectfully submitted,

Dated: October 25, 2010                  /s/ Bruce Locke
                                         Bruce Locke
                                         Attorney for Petitioner

## ORDER

Pursuant to this motion for Substitution of Counsel and for the reasons stated therein, IT IS HEREBY ORDERED that Mark D. Eibert, Esq., shall be substituted in as appointed counsel for Petitioner in place of Bruce Locke.

Dated: October 27, 2010                  /s/Barbara J. Rothstein
                                         Honorable BARBARA J. ROTHSTEIN
                                         United States District Judge