IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MORRIS P. HARMON, JR.,

    Petitioner,                                No. 2:08-cv-1218 GEB KJN P

    vs.

WARDEN DERRAL G. ADAMS,

    Respondent.                              <u>ORDER</u>

_____/

          Petitioner is a state prisoner proceeding through counsel.  This action was stayed pending exhaustion of petitioner's state court remedies.  (Dkt. No. 46.)  On May 7, 2012, petitioner filed a status report confirming that his state court petition for writ of habeas corpus is presently pending in the California Supreme Court.  (Dkt. No. 62.)  Petitioner seeks to continue the stay, to allow petitioner 45 days from the date state court proceedings are final to file a motion to amend the instant petition, and to require an additional status statement in 90 days.

          Petitioner demonstrates that the petition for writ of habeas corpus filed in the California Supreme Court, Case No. S201563, is presently pending.  Good cause appearing, petitioner's request to continue the stay is granted.  Petitioner shall file a motion to amend, accompanied by a proposed second amended petition, within 45 days from the date state court proceedings are final.  Due to the pendency in the California Supreme Court, no further status

reports are required.

Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner's May 7, 2012 request to continue the stay of the instant proceedings is granted; and

2. Within 45 days from the date state court proceedings are final, petitioner shall file a motion to amend, accompanied by a proposed second amended petition.

DATED: May 10, 2012

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

harm1218.sty