IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MORRIS P. HARMON, JR.,

    Petitioner,                      No. 2:08-cv-1218 GEB KJN P

    vs.

WARDEN DERRAL G. ADAMS,

    Respondent.                 ORDER

_____/

    Petitioner is a state prisoner proceeding through counsel.  By order filed March 31, 2011, this action was stayed pursuant to Kelly v. Small, 315 F.3d 1063 (9th Cir.), cert. denied, 123 S. Ct. 2094 (2003).  (Dkt. No. 46.)  On March 19, 2013, petitioner filed to lift the stay, and a motion for leave to file a second amended petition.

    Good cause appearing, IT IS HEREBY ORDERED that petitioner's motion to lift the stay (dkt. no. 75) is granted.  Respondent shall respond to petitioner's motion to amend within thirty days from the date of this order.  Petitioner's reply shall be filed thirty days thereafter.

DATED:  March 22, 2013

                                              KENDALL J. NEWMAN
                                              UNITED STATES MAGISTRATE JUDGE

harm1218.lsty