UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MORRIS P. HARMON, JR., | No. 2:08-cv-1218 GEB KJN P |
| Petitioner, | |
| v. | ORDER |
| WARDEN DERRAL G. ADAMS,, | |
| Respondent. | |

    Petitioner, a state prisoner proceeding through counsel, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

    On November 7, 2013, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days.  By order filed November 15, 2013, petitioner was granted an extension of time until December 13, 2013, to file objections.  That date has since passed, and neither party has filed objections to the findings and recommendations.

    The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

1

1. The findings and recommendations filed November 7, 2013 (ECF No. 85), are adopted in full;

2. Petitioner's motion to lift the stay is granted;

3. Petitioner's motion to amend (ECF No. 75) is denied, and this action shall proceed on the May 16, 2011, amended petition (ECF No. 47);

4. Within thirty days from the date of this order, petitioner may file a reply to the September 16, 2008, answer (ECF No. 16); and

5. The court declines to issue the certificate of appealability referenced in 28 U.S.C. § 2253.

Dated: January 10, 2014

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

2